CASE 0:18-cv-03263 WMV-BRT  Woodward v. Vogelsberg et al

**EXHIBITS #A027THRU A029**

**AFFIDAVIT FROM MICHAEL KESSLER OWNER INTERNATIONAL
SHOWING DELIBERATE CUTS MADE TO CI AUDIO**

## AFFIDAVIT

1.  I am the president of MICHAEL G. KESSLER & ASSOCIATES, LTD.,
    (hereinafter "MGKA" d/b/a KESSLER INTERNATIONAL).  MGKA is
    a forensic accounting, digital forensics and investigative firm
    headquartered and licensed in New York  State with licensed
    offices worldwide. Among the services MGKA provides are digital
    forensics and consulting for multi-national  corporations, law firms
    and individuals. I am a Certified Forensic Accountant, Certified
    Fraud Examiner, Board Certified Forensic Examiner, Certified
    Internal Controls Auditor, Certified Law Enforcement Auditor,
    Certified Construction Auditor and a Digital Forensics Certified
    Practitioner. I am also a Fellow of the American College of Forensic
    Examiners Institute (FACFEI) and a Diplomate of the Forensic
    Accounting Board of Forensic Accounting. I have served on the
    Litigation Forensics Board of the National Association of Certified
    Valuation Analysts and as the Chairperson on the board of the
    American College of Forensic Examiners International - Executive
    Board of Forensic Accounting. Currently, I serve on the Board of
    the Association of Inspector Generals and am the Ethics Chair for
    the Digital Forensics Certification Board.

#A027

In 1973, I began working as an accountant/computer examiner and have been President of MGKA since 1988. Prior to going into private practice, I was employed as Deputy Inspector General for The New York Metropolitan Transportation Authority; Chief of Investigations for the New York State Department of Taxation; Director of the New York State Department of Taxation's Revenue Crimes Bureau; Assistant Chief Auditor/Investigator for the New York State Special Prosecutor (New York State Attorney General); and by Blue Cross of Greater New York as a senior auditor.

My firm is frequently hired by financial institutions, companies, law firms and individuals to conduct digital forensics on files as well as opine on various findings. In addition, I have served as a consultant to the US Department of Justice - US Attorney's Office, Federal Bureau of Investigation, United States Postal Inspection Service, San Bernardino Grand Jury, Nassau County District Attorney, York County District Attorney and have represented other governmental and municipal entities both nationally and internationally. My current position with the company requires me to examine all reports and work with the staff to make sure all reports are complete.

2. My firm was retained in August 2014 by John Stephen Woodward to examine and analyze certain evidence used against him in the

#A028

criminal case in Rice County, MN (docket 66 CR 10 2907). The evidence presented for examination was two covert audio recordings. Mr. Woodward informed my office that he suspected the audio recordings were tampered with and missing and significant exculpatory section from both of them.

3. It is my understanding and belief that Mr. Woodward working with his attorney subpoenaed the prison video that coincided with the covert audio recordings. Upon information and belief these videos was withheld from Mr. Woodward prior to and during his trial.

We were provided with the subpoenaed files and analyzed one against the other.

4. As noted in our forensic report prepared by Digital Forensics Examiner Cindy Wu and supervised by me, the audio and video could not be aligned and was found significantly different.

5. As we have told Mr. Woodward's counsel (Kirk Anderson, Esq) we uncovered that 18 minutes of the audio were missing from multiple areas. It is undeniable that someone tampered with the evidence.

Sworn to this 11 day of July 2016.

Michael G. Kessler

KELLY MATTMULLER
Notary Public - State of New York
No. 01MA6104672
Qualified in Suffolk County
Commission Expires Jan. 26, 2020

#A029

3