CASE 0:18-cv-03263 WMV-BRT  Woodward v. Vogelsberg et al

**EXHIBITS #A030 THRU A031**

**RECENT CORRESPONDENCE FROM THOMAS JACKSON, THE CI USED TO SET PLAINTIFF UP, BELIEVING PLAINTIFF IS INNOCENT AND CONFIRMING VOGELSBERG THREATENED HIM TO MANIPULATE CASE AGAINST PLAINTIFF**

Christopher Peishe  
attorney at law                                6-30-14

Re: John Woodward

Dear Sir,
    I had my wife E-mail you about this case.
    However, you have failed to respond to her or call to talk to her or me.
    I am perplexed, so I am writing this letter to you, you can reply to my wife and she will be a witt too, before and after the fact
    Or you can call me here, if you do not respond to me or her, good luck !!

Call or write to me or my wife

Wifes # 443-730-3306, I speak with her daily

Or call me here at CMCF

Thomas Jackson # 436323

# A030



Christopher J. Perske <cperske@gmail.com>

# Thomas Jackson- John Woodward

**Christopher J. Perske** <cperske@gmail.com>  Tue, Jul 17, 2018 at 10:36 AM
To: Laura Poland <lpoland@ymail.com>

My office received correspondence from Mr. Jackson in yesterday's mail.  I contacted the phone number in the letter and left a message.  My office will be responding to Mr. Jackson in writing.

Sincerely,
Chris Perske

On Sun, Jun 24, 2018 at 7:56 PM, Laura Poland <lpoland@ymail.com> wrote:
> Mr. Perske,
> i am Thomas Jacksons wife Laura. The following message was given to me by Thomas over the phone tonight from prison.
>
> I'll keep this short..yes I would like to help John because you have no idea of the real truth. Robert Vogelsberg threatened, concealed,
> and manipulated me to push John into recordings and yes those 18 minutes and the numerous times that John wanted nothing to do with the conversations that are missing would free John and I am the only one
> who knows the whole truth and how I was threatened to get what they wanted and could manipulate to prosecute John. Like the maps that they claimed were a map of the park across from the neighbors house but in fact, it was a map of fishing spots that John said was great spots. This is just 1 example and there and there are many many more. He was railroaded and I'm the only person who can set him free with the truth. The last time I was doing this I was assured that my name wouldn't be mentioned and it ended up plastered all over the news and newspapers..my name was thrown everywhere.and it even followed me back to Maryland into the penal system with threats being made towards me. My children were threatened and scared to death, my wife was scared to death and Vogelsberg used those facts to get what he wanted and what DOC wanted from me. So if John wants the truth, I want $5000.00 up front. You can call it anything that you want to but this time, I will protect myself and my family from being drug thru the mud and threatened like we were last time. And I want 10% of the civil suit after John is set free and after everything is said and done and a civil lawsuit is settled...because I know John will sue...I want 10% of that. I have to protect myself and my family and in exchange, myself and my wife will give you anything you need to assist John with the REAL truths and I will talk to your private investigator and testify at whatever hearings you need me to. I will NOT recant my previous testimony but I will give you the VITAL 18 minutes that are missing. I will not take false promises this time. The last time I did, I was told that there would be no prosecution we just need to get the statement of facts and no your names not going be used and it was all lies that has haunted me for years. I am sorry for what John went thru but I also had to protect myself and my family.John, Myself and my Wife are the only ones who know the truth. I am the only one who has the proof so yes you can rely on me and my wife to do what is right and finally bring the truth to fruition as it should have been in the beginning of this mess. But as I said, I will take the initial $5000.00 and hire our lawyer to protect myself and my family.Call it an investment call it whatever you like I don't care my family safety is first.
> Feel free to contact my wife Laura @ 443 730 3306 you can discuss matters with her but rest assure you will not get the lost 18 minutes from her or myself until I receive money for our lawyer.Please feel free to contact me at the prison that you wrote me at. I would have no problem having a discussion with you about my arrangements or agreements and tell John that its a small price to get the truth because when all is said and done, he will be a millionaire and I want 10%.
>
> Sincerely,
> Thomas Jackson #436323

*Chris you talk Moro lith*
*★Bring in the FBI to charge*

*#A031*

--
Christopher J. Perske
Attorney at Law
The Law Office of Christopher J. Perske, LLC
www.perskelaw.com

**Mailing Address and Minneapolis meeting Office**
PO Box 20353